IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )        8:04CR93
                             )
      v.                     )
                             )
JOHNNY BROWN,                )        ORDER
                             )
           Defendant.        )
_____)
```

       This matter is before the Court on defendant's motion to continue disposition hearing (Filing No. 50).  The Court finds said motion should be granted.  Accordingly,

       IT IS ORDERED that said motion is granted; the final dispositional hearing is rescheduled for:

**Thursday, October 30, 2008, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

       DATED this 26th day of August, 2008.

       BY THE COURT:

       /s/ Lyle E. Strom
       _____
        LYLE E. STROM, Senior Judge
        United States District Court