IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR93 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNNY BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On January 9, 2009, the defendant appeared with counsel for a hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 41). Defendant was present and represented by Shannon P. O'Connor. Plaintiff was represented Thomas J. Kangior, Assistant United States Attorney. The defendant admits the allegations contained within the Petition are true and the Court found the defendant to be in violation of conditions of his supervised release.

The Court then proceeded to a dispositional hearing. Accordingly,

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of eleven months, said sentence to begin January 9, 2009.

2)  That upon completion of the defendant's incarceration, he will be placed on supervised release, for a term of forty-nine months with same terms and conditions as previously imposed.

DATED this 15th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom

―――――――――――――――――――――
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

 

_____Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

 

_____   UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

 

_____   UNITED STATES WARDEN

By: _____