IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR93 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNNY BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue (Filing No. 66). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the final dispositional hearing is rescheduled for:

**Friday, July 16, 2010, at 11:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 17th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court