IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | 8:04CR93 |
| ) | | |
| v. ) | | |
| ) | | |
| JOHNNY BROWN, ) | | ORDER |
| ) | | |
| Defendant. ) | | |
| _____) | | |

On July 16, 2010, the defendant appeared with counsel for a final hearing regarding Revocation of Supervised Release (Filing No. 58). The defendant admits the allegations contained in the petition. The Court found the defendant to be in violation of his conditions of supervised release. The Court then proceeded to a dispositional hearing on the violations.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of eight months.

2. Upon completion of the defendant's imprisonment, his supervised release will terminate.

DATED this 13th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20___.

_____

Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20___ to _____, with a certified copy of this judgment.

_____

UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20___.

_____

UNITED STATES WARDEN

By: _____